UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:

ANDERSEN, LUCILE
xxx-xx-1069

CASE NO: 11-45634-RBR

CHAPTER: 7

Amended 1/4/2012
**DECLARATION REGARDING PAYMENT ADVICES**

**Debtor:**

___✓___ Copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you did not work the full 60 days.
_____)

_____ Copies of all payment advices **are not** attached because the debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

_____ Copies of all payment advices **are not** attached because the debtor:
___receives disability payments
___is unemployed and does not receive unemployment compensation
___receives Social Security payments
___receives a pension
___does not work outside the home
___is self employed and does not receive payment advices

_____ None of the statements above apply, however, the debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
Explain:_____

*NOTE: When submitting copies of evidence of payment such as pay stubs or payment advices, it is your responsibility to redact (blackout) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching for filing with the court.*

_[signature]_
Debtor: Lucile Andersen

Date: **12/21/2011**

| CO. | FILE | DEPT. | CLOCK | VCHR.NO. | 000 |
|---|---|---|---|---|---|
| FWL | 003690 | 102017 | | 00000420256 | |

# Earnings Statement



AMERICAN LEARNING SYSTEMS, INC.
12200 WEST BROWARD BOULEVARD
PLANTATION, FL 33325-2402

Period Ending: 10/16/2011
Pay Date: 10/21/2011

00000000256
LUCILE ANDERSEN
8060 N.W. 15TH MANOR
PLANTATION, FL 33322

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 6
  FL: No State Income Tax

Social Security Number: XXX-XX-1069

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1536.23 | 80.00 | 1,536.23 | 31,953.15 |
| Stipend | | | 301.42 | 8,200.70 |
| Personal | | | | -213.20 |
| **Gross Pay** | | | **$1,837.65** | 39,940.65 |

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -90.42 | 2,048.34 |
| | Social Security Tax | -69.15 | 1,493.90 |
| | Medicare Tax | -23.87 | 515.75 |
| | **Other** | | |
| | Aflac Pretax | -10.42* | 426.48 |
| | Checking | -1,462.89 | |
| | Health Pretax | -180.90* | 3,828.40 |
| | Dental Pretax | | 116.80 |
| **Net Pay** | | **$0.00** | |

* Excluded from federal taxable wages

Your federal taxable wages this period are $1,646.33

---

AMERICAN LEARNING SYSTEMS, INC.
12200 WEST BROWARD BOULEVARD
PLANTATION, FL 33325-2402

Advice number: 00000420256
Pay date: 10/21/2011

Deposited to the account of
LUCILE ANDERSEN

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxx7191 | xxxx xxxx | $1,462.89 |

**NON-NEGOTIABLE**

THIS IS NOT A CHECK

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK - HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

©1998, 2006. ADP, Inc. All Rights Reserved.
© 2000 ADP, Inc.

# Earnings Statement

Lucile Andersen
8060 N.W. 15th Manor
Plantation, FL 33322



| Co | File # | Wk | Pay Date | Period End | Paid Dept | Paid Clock | Gross Pay | Net Pay | Check # | Chk/Vcr | Void |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FWL | 3690 | 44-1 | 11/04/2011 | 10/30/2011 | 102017 | | 1,837.65 | | 00440264 | Voucher | |

| Earnings | Rate | Hours | This Period |
|---|---|---|---|
| Regular | | 80.00 | 1,536.23 |
| Stipend | | 0.00 | 301.42 |
| **Gross Pay** | | | **$1,837.65** |

| Deductions | | |
|---|---|---|
| **Statutory** | | |
| Federal Income Tax | | -90.42 |
| Medicare | | -23.87 |
| Social Security | | -69.14 |
| **Others** | | |
| Aflac Pretax | | -10.42 |
| Health Pretax | | -180.90 |
| Checking | | -1,462.90 |
| **Net Pay** | | |

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 036 |
|---|---|---|---|---|---|
| FWL | 00365 | 200401 | 0000460267 | 1 | |

**Earnings Statement** 

AMERICAN LEARNING SYSTEMS, INC.
12200 WEST BROWARD BOULEVARD
PLANTATION, FL 33325-2402

Period Ending: 11/13/2011
Pay Date: 11/18/2011

00000000267
LUCILE ANDERSEN
8060 N.W. 15TH MANOR
PLANTATION, FL 33322

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 6
  FL: No State Income Tax

Social Security Number: XXX-XX-1069

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1536.23 | 80.00 | 1,536.23 | 35,025.61 |
| Stipend | | | 301.42 | 8,803.54 |
| Personal | | | | -213.20 |
| **Gross Pay** | | | **$1,837.65** | 43,615.95 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -84.91 | 2,223.67 |
| | Social Security Tax | -69.15 | 1,632.19 |
| | Medicare Tax | -23.87 | 563.49 |
| | **Other** | | |
| | Aflac Pretax | -10.42* | 447.32 |
| | Checking | -1,431.65 | |
| | Health Pretax | -180.90* | 4,190.20 |
| | 401K | -36.75* | 36.75 |
| | Dental Pretax | | 116.80 |
| **Net Pay** | | | **$0.00** |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,609.58

---

AMERICAN LEARNING SYSTEMS, INC.
12200 WEST BROWARD BOULEVARD
PLANTATION, FL 33325-2402

Advice number: 00000460267
Pay date: 11/18/2011

Deposited to the account of
LUCILE ANDERSEN

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxx7191 | xxxx xxxx | $1,431.65 |

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR.NO. |
|---|---|---|---|---|
| FWL | 0036 | | | 036 |

# Earnings Statement 

AMERICAN LEARNING SYSTEMS, INC.
12200 WEST BROWARD BOULEVARD
PLANTATION, FL 33325-2402

Period Ending: 11/27/2011
Pay Date: 12/02/2011

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 6
  FL: No State Income Tax

00000000269
LUCILE ANDERSEN
8060 N.W. 15TH MANOR
PLANTATION, FL 33322

Social Security Number: XXX-XX-1069

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1536.23 | 80.00 | 1,536.23 | 36,561.84 |
| Stipend | | | 301.42 | 9,104.96 |
| Personal | | | | -213.20 |
| **Gross Pay** | | | **$1,837.65** | 45,453.60 |

| Deductions | | |
|---|---|---|
| **Statutory** | | |
| Federal Income Tax | -84.91 | 2,308.58 |
| Social Security Tax | -69.14 | 1,701.33 |
| Medicare Tax | -23.88 | 587.37 |
| **Other** | | |
| Aflac Pretax | -10.42* | 457.74 |
| Checking | -1,431.65 | |
| Health Pretax | -180.90* | 4,371.10 |
| 401K | -36.75* | 73.50 |
| Dental Pretax | | 116.80 |
| **Net Pay** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,609.58

©1998, 2006, ADP, Inc. All Rights Reserved.

TEAR HERE

© 2000 ADP, Inc

CO. FILE DEPT. CLOCK VCHR NO.
FWL 003690 102017 0000000262 1

**Earnings Statement**

ADP

AMERICAN LEARNING SYSTEMS, INC.
12200 WEST BROWARD BOULEVARD
PLANTATION, FL 33325-2402

Period Ending: 12/11/2011
Pay Date: 12/16/2011

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 6
  FL: No State Income Tax

00000000262
LUCILE ANDERSEN
8060 N.W. 15TH MANOR
PLANTATION, FL 33322

Social Security Number: XXX-XX-1069

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1536.23 | 80.00 | 1,536.23 | 38,098.07 |
| Stipend | | | 301.42 | 9,406.38 |
| Personal | | | | -213.20 |
| **Gross Pay** | | | **$1,837.65** | 47,291.25 |

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -84.91 | 2,393.49 |
| Social Security Tax | | -69.15 | 1,770.48 |
| Medicare Tax | | -23.87 | 611.24 |
| **Other** | | | |
| Aflac Pretax | | -10.42* | 468.16 |
| Checking | | -1,431.65 | |
| Health Pretax | | -180.90* | 4,552.00 |
| 401K | | -36.75* | 110.25 |
| Dental Pretax | | | 116.80 |
| **Net Pay** | | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,609.58

© 1998, 2006. ADP, Inc. All Rights Reserved.
© 2000 ADP, Inc
TEAR HERE

CO. FILE DEPT. CLOCK
FWL 003690 102017 0000520260 1

# Earnings Statement

**ADP**

AMERICAN LEARNING SYSTEMS, INC.
12200 WEST BROWARD BOULEVARD
PLANTATION, FL 33325-2402

Period Ending: 12/25/2011
Pay Date: 12/30/2011

00000000260
LUCILE ANDERSEN
8060 N.W. 15TH MANOR
PLANTATION, FL 33322

Taxable Marital Status: Single
Exemptions/Allowances:
   Federal: 6
   FL: No State Income Tax

Social Security Number: XXX-XX-1069

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1536.23 | 80.00 | 1,536.23 | 39,634.30 |
| Stipend | | | 301.42 | 9,707.80 |
| Personal | | | | -213.20 |
| **Gross Pay** | | | **$1,837.65** | 49,128.90 |

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -84.91 | 2,478.40 |
| Social Security Tax | | -69.15 | 1,839.63 |
| Medicare Tax | | -23.87 | 635.11 |
| **Other** | | | |
| Aflac Pretax | | -10.42* | 478.58 |
| Checking | | -1,431.65 | |
| Health Pretax | | -180.90* | 4,732.90 |
| 401K | | -36.75* | 147.00 |
| Dental Pretax | | | 116.80 |
| **Net Pay** | | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,609.58

©1998, 2006. ADP, Inc. All Rights Reserved.
© 2000 ADP, Inc
TEAR HERE